1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

KENYATTA JOHNSON,                )   Case No. ED CV 13-1685 JSL (JCG)
                                 )
                   Petitioner,   )   **JUDGMENT**
                                 )
          v.                     )
                                 )
G.J. JANDA, WARDEN,              )
                                 )
                   Respondent.   )
                                 )
                                 )
_____  )

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Denying Request for Stay and Extension of Time to File Habeas Petition and Summarily Dismissing Action Without Prejudice.

DATED: 10/24/13

_____

Hon. J. Spencer Letts
United States District Judge